# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JEANETTE MARIE HICKMAN,**

      **Plaintiff,**

**v.**                                             **Case No: 6:22-cv-2267-PGB-LHP**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

_____/

## **ORDER**

This cause comes before the Court on Plaintiff Jeanette Marie Hickman's appeal of the Commissioner of Social Security's (the "**Commissioner**") final administrative decision denying her applications for Supplemental Security Income and Disability Insurance Benefits. (Doc. 1.) Magistrate Judge Leslie Hoffman Price submitted a Report recommending that the Court affirm the Commissioner's final decision (Doc. 23 (the "**Report**")). No party has filed an objection, and the time to do so has now passed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 18, 2023 (Doc. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **AFFIRMED**.

3. The Clerk of Court is **DIRECTED** to enter judgment for Defendant, the Commissioner of Social Security, and to thereafter close the file.

**DONE AND ORDERED** in Orlando, Florida on January 11, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties